O'TOOLE v. GARVIN *et al.*, appellants.

*Amendment — defense without merit not allowed as.*

An application was made by defendants, in an action to recover for goods sold, etc., after the action had been tried, an appeal taken and new trial granted,

for leave to amend the answer so as to set up that plaintiff sold the goods in the name of T. & Co., in violation of the statute against fictitious firms. Laws of 1833, ch. 281. *Held*, that the refusal of the special term to allow the amendment was proper, the defense not being meritorious.

APPEAL from an order of the special term denying leave to amend so as to set up the defense of the statute against fictitious partnerships. Laws 1833, ch. 281. The case upon a former appeal is reported *ante*, page 118, where the facts are stated.

*E. D. McCarthy*, for appellant.

*D. M. Porter*, for respondent.

BRADY, J.

The head-note gives the substance of the opinion.

*Order affirmed.*